TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00160-CR







James Masington, Appellant



v.



The State of Texas, Appellee







FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY


NO. 582568, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
Mr. Francis W. Williams Montenegro, is ordered to tender a brief in this cause no later than
September 3, 2002. No further extension of time will be granted.

It is ordered August 6, 2002. 


Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Do Not Publish